[No. 46612-7-I. Division One. January 28, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN J. BANKS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-00069-9, Richard M. Ishikawa, J., entered April 10, 2000. *Affirmed in part* and *reversed in part* by unpublished opinion per Webster, J.; Grosse, J., concurs separately; Baker, J., dissenting.

[No. 46652-6-I. Division One. January 28, 2002.]

*In the Matter of the Personal Restraint of* ALLEN BEGG, *Petitioner*.

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 47368-9-I. Division One. January 28, 2002.]

DOUG ELWAY, *Appellant*, v. TIMBERLINE LOGGING, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-2-00705-7, David A. Nichols, J., entered September 8, 2000. *Affirmed* by unpublished opinion per Cox, J., concurred in by Baker and Kennedy, JJ.

[No. 47773-1-I. Division One. January 28, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY FELTON WASHINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-06659-3, Ronald Kessler, J., entered November 9, 2002. *Reversed* by unpublished per curiam opinion.